PD-0019-15, PD-0020-15, PD-0021-15 & PD-0022-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/5/2015 12:00:00 AM
Accepted 1/12/2015 6:28:34 PM
ABEL ACOSTA
CLERK

# COURT OF CRIMINAL APPEALS

FILED IN
COURT OF CRIMINAL APPEALS

JANUARY 12, 2015

ABEL ACOSTA, CLERK

PD- 0019 -15
PD- 0020 -15
PD- 0021 -15
PD- 0022 -15

## *State of Texas, Appellant,*
## *v.*
## *Albert G. Hill, III, Appellee.*

**On Discretionary Review from
No. 05-13-00421-CR, 05-13-00423-CR
05-13-00424-CR, and 05-13-00425-CR
Fifth Court of Appeals, Dallas**

**On Appeal from No. F11-00180, F11-00182,
F11-00183, and F11-00191
204th Judicial District Court, Dallas County**

# Motion to Extend Time to File Petition for Discretionary Review

**Michael Mowla
445 E. FM 1382 #3-718
Cedar Hill, Texas 75104
Phone: 972-795-2401
Fax: 972-692-6636
michael@mowlalaw.com
Texas Bar No. 24048680
Attorney for Appellee**

**To the Honorable Judges of the Court of Criminal Appeals:**

Appellee Albert G. Hill, III moves for an extension of time of **30 days** to file a petition for discretionary review:

1.      On December 29, 2014, in *State v. Hill*, 05-13-00421-CR, 05-13-00423-CR, 05-13-00424-CR, and 05-13-00425-CR, 2014 Tex. App. LEXIS 13835 (Tex. App. Dallas, December 29, 2014), the Court of Appeals reversed the judgment and order of the 204th Judicial District Court in which due to prosecutorial misconduct, the trial court dismissed the indictments against Appellee.

2.      The petition for discretionary review is due on **January 28, 2015**.

3.      For good cause, Appellee asks for an extension of 30 days until **February 27, 2015** to file the petition for discretionary review.

4.      No previous extension to file the petition for discretionary review has been filed.

5.      Appellee relies on the following facts as good cause for the requested extension: undersigned counsel Michael Mowla just completed an Appellant's Brief in *Little v. State*, 05-14-00697-CR, Fifth Court of Appeals.

6.      Further, Mowla has the following briefs, petitions for discretionary review, or other pleadings due soon:

- Petition for Writ of Certiorari in *Victorik v. Texas*, Supreme Court, due on January 9, 2015.

- Petition for Discretionary Review in *Johnson v. State*, PD-1542-14, due on January 19, 2015.

- Response to Motion for Summary Judgment in *Burress v. Blake, et al*, 4-14-cv-00035-RAS-DDB, Eastern District of Texas, due on January 20, 2015.

- Appellant's Brief in *Von Tungeln v. State*, 10-14-00329-CR, Tenth Court of Appeals, due on January 20, 2015.

- Petition for Discretionary Review in *Thompson v. State*, PD-1591-14, due on January 30, 2015.

- Reply Brief due in *Jones v. Stephens*, 4:05-CV-00638-Y, Northern District of Texas (death penalty case), due on February 5, 2015.

- Appellant's Brief due in *Williams v. State*, 05-14-01481-CR and 05-14-01482-CR, Fifth Court of Appeals, due on February 8, 2015.

- Appellant's Brief due in *King v. State*, 05-14-01138-CR, Fifth Court of Appeals, due on February 21, 2015.

7.     In addition, Mowla continues to work on a federal habeas corpus death penalty case, *Jones v. Stephens*, 4:05-CV-638-Y, and is presently working on the Reply in this case, due on February 5, 2015.

8.     Mowla also continues to work on several habeas cases involving the underlying issue in *Miller v. Alabama*, 132 S.Ct. 2455 (2012).

9.     This Motion is not filed for purposes of delay, but so that justice may be served.

**Prayer**

Appellee prays that this Court grant this motion for an extension of time to file a petition for discretionary review.

Respectfully submitted,

Michael Mowla
445 E. FM 1382 #3-718
Cedar Hill, Texas 75104
Phone: 972-795-2401
Fax: 972-692-6636
michael@mowlalaw.com
Texas Bar No. 24048680
Attorney for Appellee

**/s/ Michael Mowla**
By: Michael Mowla

<u>**Certificate of Service**</u>

I certify that on January 3, 2015, a true and correct copy of this document was served on Michael Casillas and Lisa Smith of the District Attorney's Office, Dallas County, Appellate Division, by email to michael.casillas@dallascounty.org and to lisa.smith@dallascounty.org, Charles "Chad" Baruch, special prosecutor, via email to baruchesq@aol.com, and on Lisa McMinn, the State Prosecuting Attorney, by email to Lisa.McMinn@spa.texas.gov, and John Messinger, Assistant State Prosecuting Attorney, by email to john.messinger@spa.state.tx.us. *See* Tex. Rule App. Proc. 9.5 (2015) and 68.11 (2015).

**/s/ Michael Mowla**
By: Michael Mowla